

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Google, Inc., 1600 Amphitheatre
Parkway, Mountain View, California,
account records and stored electronic
mail re: account using e-mail
niki.meds@gmail.com

10-mj-73

<u>Under Seal, Level 2</u>

### <u>18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER</u>

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding Google, Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail address niki.meds@gmail.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google, Inc. shall not notify any person of the existence of the Search Warrant, for a period of one hundred eighty (180) days.

Dated:  September 7, 2011    /s/Landya B. McCafferty_____
                            Landya B. McCafferty
                            United States magistrate Judge